RUSSELL, Appellant, v. KILGALLON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Sally Ann Russell against Andrew Kilgallon. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., not voting.

RUTZLER, Respondent, v. TODD, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Enoch Rutzler against Margretta Todd. C. T. Williams, for appellant. A. C. Aubrey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHEIDT, Respondent, v. CARR et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by John H. Scheidt, as executor, etc., of Lorenz Leopold, deceased, against Sydney H. Carr and Ignatz Martin. No opinion. Judgment and order affirmed, with costs. All concur, except SEWELL, J., taking no part.

SCHIERENBECK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Gertrude R. Schierenbeck, an infant, by Matilda M. Schierenbeck, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; SEWELL, J., taking no part.

SCHLAENGER, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Ignatz Schlaenger against the Metropolitan Street-Railroad Company. C. F. Brown, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

SECOR, Respondent, v. MATHEWS et al., Appellants. (City Court of New York, General Term. January 18, 1901.) Action by Charles A. Secor against Wilbur K. Mathews and another. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, defendants appeal. Affirmed. Henry M. Earle, for appellants. Marsh & Wever, for respondent.

PER CURIAM. We have carefully examined the record herein, and find that the only question in the case was one of fact, fairly submitted to the jury, and their verdict has the support of a fair preponderance of the evidence. Judgment and order appealed from affirmed, with costs.

SEGI, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Plachetto Segi against the city of New York. C. Mellen, for appellant. O. N. Jacoby, for respondent. No opinion. Judgment and order affirmed, with costs.

SHATTUCK, Appellant, v. CITY OF BINGHAMTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Wilson Shattuck against the city of Binghamton. No opinion. Judgment and order unanimously affirmed, with costs.

SHAYNE v. EVENING POST PUB. CO. (Supreme Court. Appellate Division, First Department. February 25, 1901.) Action by Christopher C. Shayne against the Evening Post Publishing Company. No opinion. Motion granted. Question certified as in memorandum per curiam. See 67 N. Y. Supp. 937.

SHELDON, Appellant, v. LIBERTY NAT. BANK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Frederick M. Sheldon against the Liberty National Bank and the Law Company. No opinion. Appeal dismissed, pursuant to general rule 39.

SHELDON, Appellant, v. STEVENS, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Orson W. Sheldon, as assignee in trust for the benefit of creditors of John Melvin Adams, against Hiram J. Stevens. No opinion. Judgment appealed from affirmed, with costs.

SHERMAN v. TUCKER. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Charles A. Sherman against Charles A. Tucker. No opinion. Motion denied.

SHIMMEL, Appellant, v. MORSE, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Cornelia F. Shimmel against Emily Morse, executrix, etc. A. A. Redfield, for appellant. S. S. Terry, for respondent. No opinion. Judgment (63 N. Y. Supp. 322) affirmed, with costs, on the opinion of the court below.

SLOANE et al., Respondents, v. FLOWER, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by W. & J. Sloane against Richard C. Flower, impleaded with Benjamin F. Small. S. H. Wandell, for appellant. S. Bacon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SLOANE et al., Respondents, v. SMALL, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by W. & J. Sloane against Estelle L. Small. S. H. Wandell, for appellant. S. Bacon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.